

# THE THIRTEENTH COURT OF APPEALS

13-15-00172-CV

Heblen Kanan
v.
Plantation Homeowners Association, Inc.

On Appeal from the
County Court at Law No 1 of Hidalgo County, Texas
Trial Cause No. CL-07-0468-A

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be set aside and the case remanded to the trial court. We SET ASIDE the trial court's judgment without regard to the merits and we REMAND the case to the trial court for further proceedings in accordance with the agreement of the parties. Costs will be against the party incurring same.

We further order this decision certified below for observance.

October 5, 2015